IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01121-PAB

TANA EDWARDS,

    Plaintiff,

v.

ROCKY MOUNTAIN LIFE INSURANCE COMPANY,
d/b/a Anthem Life,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's motion [Docket No. 7] to vacate and reset the preliminary Rule 16 conference currently scheduled for July 9, 2009 [*see* Docket No. 3]. In light of the fact that defendant has not appeared in this case, it is

    **ORDERED** that plaintiff's Motion to Vacate and Reset Hearing [Docket No. 7] is GRANTED. As a consequence, the parties need not submit the joint statement required by the Court's Order setting the hearing [Docket No. 3]. If appropriate, the Court may reset this hearing for a later date. This Order does not affect the scheduling conference currently set for August 10, 2009 before Magistrate Judge Michael E. Hegarty.

    DATED June 29, 2009.