IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01121-PAB-MEH

TANA EDWARDS,

    Plaintiff,

v.

ROCKY MOUNTAIN LIFE INSURANCE COMPANY, d/b/a Anthem Life,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2009.**

    Defendant's Motion to Cancel November 18, 2009, Settlement Conference [filed November 14, 2009; docket #28] is **granted**. The Settlement Conference set for November 18, 2009, is hereby **vacated**. The parties are instructed to conference together and call Chambers at (303) 844-4507 on or before **November 20, 2009**, to reschedule.